# Exhibit 3



Joel B. Rothman
*Board Certified in Intellectual Property Law*

Direct: 561.404.4335
joel.rothman@sriplaw.com

October 15, 2020

**VIA EMAIL:  do816@do816.com**
Mr. Scott Owens
Do816
416 East 3rd Street
Kansas City, MO 64106

Re:   Bowers v. Do816 & DoStuff Media LLC
      Our File No.:  00372-0012

Dear Mr. Owens,

**We are a law firm making a claim on behalf of our client.  We know that this is reaching you during a difficult and trying time and that you may have more pressing concerns. We appreciate that responding to this letter may not be your first priority.  However, we must receive a response from you so that we know that you are taking this matter seriously, even if you need more time to hire a lawyer or report this claim to your insurance carrier.  If we hear from you then we can work with you to understand your position and resolve our client's claim. Please respond to us.**

We write on behalf of our client Eric Lee Bowers, a photographer, for purposes of resolving a case of copyright infringement against you by our client.  This demand is privileged from disclosure pursuant to FRE Rule 408.

Please provide this letter to your general liability insurance carriers or other providers of insurance that may cover this claim.

*Eric Lee Bowers ("Bowers")*
Our client is an experienced professional photographer who makes a living from photography.  Bowers is a Kansas City based architectural, real estate, and commercial photographer.  In addition to photographing architecture and properties for real estate photos, Bowers specializes in construction and capital improvements documentation, political campaign photography, and other events.  He is well-regarded for his aerial photography of architecture, real estate and construction.

CALIFORNIA
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

GEORGIA
12 Powder Springs St.
Suite 200
Marietta, GA 30064

FLORIDA
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

TENNESSEE
818 18th Ave. S.
10th Floor
Nashville, TN 37203

NEW YORK
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. Scott Owens
Do816
October 15, 2020
Page 2

Bowers has amassed a large portfolio of Kansas City's downtown revitalization, the construction of the Kauffman Center for Performing Arts, as well as the final years of open-outcry wheat futures trading at the Kansas City Board of Trade.  Bowers sells prints and licenses his photographs on his website.  www.ericbowersphoto.com.

Bowers retains all copyrights to his photographs.  Bowers licenses his copyrighted Works, such as the one in this case, for commercial use.

Bowers created the image, hereinafter referred to as the "Work."

The Work at issue is shown below.



Bowers registered the Work with the Register of Copyrights on August 5, 2015 and was assigned the registration number VA 1-979-291, a copy of which is enclosed.

*Infringement by Do816 and DoStuff Media LLC ("DSM")*
We have enclosed contemporaneous evidence of the infringement by DSM.   In addition to the infringement, Bowers' photograph was very obviously cropped as shown on the attached.  You have employed our client's Work in at least the manner indicated in the evidence attached. You are fully aware that the Work you used is our client's Work.  No one from your company ever sought a license from our client to use the Work for any purpose.

You have copied, displayed and distributed our client's Work without permission, license or consent.  The use of a creator's photographic image without written consent or license violates the United States Code, Title 17, and The Copyright Act.  The Copyright

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
|---|---|---|---|---|
| 1801 Century Park East Suite 1100 Los Angeles, CA 90067 | 12 Powder Springs St. Suite 200 Marietta, GA 30064 | 21301 Powerline Rd. Suite 100 Boca Raton, FL 33433 | 818 18th Ave. S. 10th Floor Nashville, TN 37203 | 125 Maiden Lane Suite 5C New York, NY 10038 |

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. Scott Owens
Do816
October 15, 2020
Page 3

Act provides for entry of an injunction directing removal of the offending materials pending litigation. This letter shall serve as formal notice that you immediately cease and desist all unauthorized uses of our client's Work. Any such further uses shall be at your peril.

If you possess a contract, license, agreement or writing on which you will rely for authorization of your use of our client's Work, please provide us with this evidence so we may avoid further controversy or litigation. Otherwise, we will be forced to assume that your use violated the law.

*Damages*

Copyright law provides several different elements of compensation to Bowers when a work is infringed or altered. Section 504 permits Bowers to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages," or statutory damages of up to $150,000 per work infringed if the registration predated the infringement. Bowers can present both damages theories to the jury and select the higher award any time prior to entry of judgment.

Academic studies have demonstrated that the use of good quality photographs more effectively market and advertise products and drive sales. Bowers' photographs are of the highest quality. Bowers' photographs are also scarce since he is one of the only sources of such quality photographs.

Bowers' damages are not limited to what he would have agreed to license the Work for prior to the infringement. Rather, Bowers' actual damages will be measured by the fair market value of the photograph considering DSM's use to sell and promote its business. Bowers' actual damages must be measured in light of DSM's use of Bowers' high quality and unique Work.

This is consistent with federal courts' approach to broadly construing the term "actual damages" to favor victims of infringement. See, e.g., *Davis v. Gap, Inc.*, 246 F.3d 152, 164 (2d Cir. 2001). The fair market value approach for calculating damages is an accepted approach to valuing the defendants' uses of photographs. See *Leonard v. Stemtech Int'l, Inc.*, Nos. 15-3198, 15-3247, 2016 U.S. App. LEXIS 15565 (3d Cir. Aug. 24, 2016). In addition, Bowers can offer evidence of the actual cost to take the photograph infringed on a time and materials basis.

Section 504 of the Copyright Act permits Bowers to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
|---|---|---|---|---|
| 1801 Century Park East Suite 1100 Los Angeles, CA 90067 | 12 Powder Springs St. Suite 200 Marietta, GA 30064 | 21301 Powerline Rd. Suite 100 Boca Raton, FL 33433 | 818 18th Ave. S. 10th Floor Nashville, TN 37203 | 125 Maiden Lane Suite 5C New York, NY 10038 |

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. Scott Owens
Do816
October 15, 2020
Page 4

taken into account in computing the actual damages." Therefore, Bowers will also be entitled to DSM's profits from the infringement, based upon the revenue DSM earned in connection with the use of Bowers' Work.

Alternatively, Bowers could seek statutory damages for infringement in an amount of up to $30,000 per work infringed if the registration predated the infringement. There is also the possibility that a judge or jury could determine that DSM's infringement was willful. If DSM's infringement was shown to be willful, the statutory damage award would increase to an amount up to $150,000 per work infringed.

*Demand*

In order to determine how to proceed, please provide us with information and documents showing:

1. the full nature and extent of the use of our client's Work, in any and all formats;

2. representative copies in any and all tangible form and media in which our client's Work was incorporated or employed; and

3. the source of the Work.

Upon receipt of this information we will consider and determine an appropriate amount required to be paid to our client in compensation.

Please carefully consider this letter and the associated exhibits and provide them to your attorneys and insurance carriers. If we do not receive a response from you or a representative by October 29, 2020, we will take further steps to protect our client's rights.

We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Joel B. Rothman

JBR/jmb
Enclosures

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
|---|---|---|---|---|
| 1801 Century Park East Suite 1100 Los Angeles, CA 90067 | 12 Powder Springs St. Suite 200 Marietta, GA 30064 | 21301 Powerline Rd. Suite 100 Boca Raton, FL 33433 | 818 18th Ave. S. 10th Floor Nashville, TN 37203 | 125 Maiden Lane Suite 5C New York, NY 10038 |

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 1-979-291**

Effective Date of Registration:
August 05, 2015

## Title

    **Title of Work:**  Group Registration Photos, Eric Bowers 2012 Vol 2, Published approx. Jan. 11, 2012 to Nov. 26, 2012; 744 photos.

    **Content Title:**  IMG_0344_copy1 (published approx. January 11, 2012); IMG_0584_copy1 (published approx. January 15, 2012); IMG_0353_copy1, IMG_0373_copy1, IMG_0401_copy1, IMG_0367_copy1, IMG_0379_copy1, IMG_0391_copy1, IMG_0384_copy1, IMG_0406_copy1, IMG_0359_copy1, IMG_0396_copy1, IMG_0348_copy1 (published January 16, 2012); IMG_0668_copy1, IMG_0614_copy1, IMG_0762_copy1, IMG_0662_copy1, IMG_0641_copy1, IMG_0767_copy1, IMG_0941_copy1, IMG_0933_copy1, IMG_0928_copy1, IMG_0808_copy1, IMG_0911_copy1, IMG_0864_copy1, IMG_0784_copy1 (published January 18, 2012); IMG_0694_copy1, IMG_0694_copy1-2 (published approx. January 18, 2012); IMG_1133_copy1 (published approx. January 23, 2012); IMG_1523_copy1, IMG_1532_copy2, IMG_1507_copy1 (published January 27, 2012); IMG_1454_copy2, IMG_1434_5_6_7_8, IMG_1414_5_6_7_8, IMG_1384_5_6_7_8, IMG_1379_80_81_82_83 (published approx. January 27, 2012); IMG_1513_copy1, IMG_1538_copy1, IMG_1542_copy1, IMG_1560_copy1, IMG_1585_copy1, IMG_1574_copy1, IMG_1578_copy1, IMG_1550_copy1 (published January 30, 2012); IMG_1697_copy1, IMG_1677_copy1, IMG_1690_copy1, IMG_1680_copy1, IMG_1669_copy1, IMG_1668_copy1, IMG_1660_copy1, IMG_1647_copy1, IMG_1640_copy1, IMG_1710_copy1, IMG_1712_copy1, IMG_1723_copy1, IMG_1705_copy1, IMG_1692_copy1 (published January 31, 2012); IMG_2137_copy1, IMG_2124_copy1, IMG_2129_copy1, IMG_2127_copy1, IMG_2131_copy1, IMG_2134_copy1 (published February 04, 2012); IMG_1802_copy1, IMG_1807_copy1, IMG_1828_copy1, IMG_1790_copy1, IMG_1731_copy1, IMG_1742_copy1, IMG_1752_copy1, IMG_1758_copy1, IMG_1785_copy1 (published February 06, 2012); IMG_1866_copy1, IMG_1896_copy1, IMG_1863_copy1, IMG_1856_copy1, IMG_1852_copy1 (published February 07, 2012); IMG_1940_copy1, IMG_1956_copy1, IMG_1916_copy1, IMG_1971_copy1, IMG_1925_copy1, IMG_1910_copy1, IMG_1904_copy1 (published February 08, 2012); IMG_2025_copy1 (published February 09, 2012).

IMG_2036_copy1, IMG_2042_copy1, IMG_2002_copy1, IMG_2015_copy1, IMG_2011_copy1, IMG_1994_copy1, IMG_2020_copy1 (published February 09, 2012); IMG_2099_copy1, IMG_2095_copy1, IMG_2115_copy1, IMG_2108_copy1, IMG_2118_copy1, IMG_2065_copy1, IMG_2068_copy1, IMG_2076_copy1, IMG_2083_copy1, IMG_2086_copy1 (published February 10, 2012); IMG_2210_copy1, IMG_2228_copy1, IMG_2216_copy1, IMG_2204_copy1, IMG_2202_copy1, IMG_2198_copy1, IMG_2195_copy1, IMG_2189_copy1, IMG_2177_copy1, IMG_2183_copy1, IMG_2153_copy1, IMG_2150_copy1 (published February 13, 2012); IMG_2297_copy1,

IMG_2291_copy1, IMG_2288_copy1, IMG_2286_copy1, IMG_2279_copy1, IMG_2273_copy1, IMG_2270_copy1, IMG_2264_copy1, IMG_2261_copy1, IMG_2258_copy1, IMG_2246_copy1, IMG_2255_copy1, IMG_2252_copy1, IMG_2303_copy1, IMG_2312_copy1, IMG_2317_copy1 (published February 15, 2012); IMG_2362_copy1, IMG_2363_copy1, IMG_2393_copy1, IMG_2395_copy1, IMG_2400_copy1, IMG_2406_copy1-Edit, IMG_2367_copy1, IMG_2364_copy1, IMG_2345_copy1, IMG_2342_copy1, IMG_2341_copy1, IMG_2337_copy1, IMG_2336_copy1 (published February 19, 2012); IMG_2458_copy1, IMG_2455_copy1, IMG_2461_copy1, IMG_2434_copy1, IMG_2440_copy1 (published February 21, 2012); IMG_2478_copy1, IMG_2529_copy1, IMG_2531_copy1, IMG_2479_copy1, IMG_2487_copy1, IMG_2510_copy1, IMG_2496_copy1, IMG_2512_copy1, IMG_2516_copy1, IMG_2517_copy1, IMG_2519_copy1, IMG_2470_copy1, IMG_2521_copy1 (published February 26, 2012); IMG_2603_copy1 (published March 05, 2012); IMG_2534_copy1, IMG_2539_copy1, IMG_2541_copy1, IMG_2537_copy1, IMG_2573_copy1, IMG_2587_copy1, IMG_2589_copy1, IMG_2581_copy1, IMG_2594_copy1, IMG_2536_copy1 (published March 06, 2012); IMG_2657_copy1, IMG_2699_copy1, IMG_2722_copy1, IMG_2667_copy1, IMG_2692_copy1, IMG_2688_copy1, IMG_2663_copy1, IMG_2619_copy1, IMG_2609_copy1 (published March 15, 2012); IMG_2756, IMG_2728, IMG_2740_copy1 (published March 17, 2012).

IMG_2750_copy1, IMG_2752 (published March 17, 2012); IMG_2961, IMG_2965, IMG_2963, IMG_2962, IMG_2968 (published March 19, 2012); IMG_2944_copy1, IMG_2913_copy1, IMG_2917_copy1, IMG_2922_copy1, IMG_2927_copy1, IMG_2937_copy1, IMG_2951_copy1, IMG_2954_copy1, IMG_2932_copy1, IMG_2907_copy1, IMG_2887_copy1, IMG_2882_copy1 (published March 20, 2012); IMG_2838_copy1, IMG_2843_copy1, IMG_2862_copy1, IMG_2784_copy1, IMG_2779_copy1, IMG_2823_copy1, IMG_2770_copy1, IMG_2765_copy1, IMG_2820_copy1, IMG_2828_copy1, IMG_2877_copy1, IMG_2833_copy1, IMG_2853_copy1, IMG_2848_copy1, IMG_2800_copy1, IMG_2789_copy1, IMG_2805_copy1, IMG_2813_copy1 (published March 23, 2012); IMG_2992_copy1, IMG_3008_copy1, IMG_2988_copy1, IMG_3006_copy1, IMG_3014_copy1, IMG_3010_copy1, IMG_2974_copy1, IMG_2984_copy1 (published March 27, 2012); IMG_3109_copy1 (published April 02, 2012); IMG_3114_copy1, IMG_3062_copy1 (published April 03, 2012); IMG_3173_copy1, IMG_3278_copy1, IMG_3272_copy1, IMG_3269_copy1, IMG_3257_copy1, IMG_3262_copy1, IMG_3252_copy1, IMG_3222_copy1, IMG_3238_copy1, IMG_3214_copy1, IMG_3218_copy1, IMG_3209_copy1, IMG_3121_copy1, IMG_3131_copy1, IMG_3137_copy1, IMG_3147_copy1, IMG_3149_copy1, IMG_3165_copy1, IMG_3294_copy1 (published April 07, 2012); IMG_3350_copy1, IMG_3360_copy1, IMG_3322_copy1, IMG_3374_copy1, IMG_3355_copy1, IMG_3339_copy1 (published April 10, 2012); IMG_3391_copy1, IMG_3431_copy1, IMG_3440_copy1, IMG_3446_copy1, IMG_3459_copy1, IMG_3461_copy1, IMG_3381_copy1, IMG_3377_copy1, IMG_3402_copy1, IMG_3421_copy1 (published April 11, 2012); IMG_3483_copy1, IMG_3519_copy1, IMG_3518_copy1, IMG_3531_copy1, IMG_3465_copy1, IMG_3536_copy1, IMG_3469_copy1, IMG_3473_copy1, IMG_3485_copy1, IMG_3496_copy1 (published April 12, 2012); IMG_3632_copy1, IMG_3556_copy1, IMG_3592_copy1, IMG_3625_copy1, IMG_3607_copy1, IMG_3618_copy1, IMG_3612_copy1 (published April 14, 2012).

IMG_3572_copy1, IMG_3561_copy1, IMG_3578_copy1, IMG_3586_copy1 (published April 14, 2012); IMG_3665_copy1, IMG_3693_copy1, IMG_3675_copy1, IMG_3689_copy1-Edit, IMG_3660_copy1 (published April 18, 2012); IMG_3746_copy1, IMG_3754_copy1, IMG_3730_copy1,

IMG_3731_copy1, IMG_3735_copy1, IMG_3739_copy1, IMG_3759_copy1, IMG_3750_copy1, IMG_3749_copy1 (published April 21, 2012); IMG_4203_copy1, IMG_4182_copy1, IMG_4187_copy1, IMG_4154_copy1, IMG_4128_copy1, IMG_4163_copy1, IMG_4197_copy1 (published April 24, 2012); IMG_4008_copy1, IMG_3975_copy1, IMG_3988_copy1, IMG_3998_copy1, IMG_3980_copy1, IMG_4003_copy1, IMG_3996_copy1, IMG_4027_copy1 (published April 25, 2012); IMG_4299_copy1, IMG_4283_copy1, IMG_4290_copy1, IMG_4300_copy1, IMG_4297_copy1, IMG_4287_copy1, IMG_4275_copy1 (published April 26, 2012); IMG_4205_copy1, IMG_4048_copy1, IMG_4210_copy1 (published April 27, 2012); IMG_4334_copy1, IMG_4376_copy1, IMG_4351_copy1, IMG_4356_copy1, IMG_4347_copy1, IMG_4341_copy1, IMG_4323_copy1, IMG_4318_copy1, IMG_4387_copy1, IMG_4371_copy1, IMG_4366_copy1, IMG_4361_copy1 (published April 28, 2012); IMG_4510_copy1, IMG_4440_copy1, IMG_4557_copy1, IMG_4555_copy1, IMG_4472_copy1, IMG_4435_copy1, IMG_4400_copy1, IMG_4444_copy1, IMG_4478_copy1 (published April 30, 2012); IMG_4261_copy1, IMG_4250_copy1, IMG_4265_copy1, IMG_4223_copy1, IMG_4228_copy1, IMG_4744_copy1, IMG_4235_copy1, IMG_4218_copy1, IMG_4259_copy1, IMG_4249_copy1-Edit, IMG_4240_copy1 (published May 05, 2012); IMG_4744_copy1 (published approx. May 05, 2012); IMG_4955_copy1, IMG_4937_copy1, IMG_4949_copy1, IMG_5006_copy1, IMG_4985_copy1, IMG_5027_copy1 (published approx. May 11, 2012); IMG_5080_copy1, IMG_5045_copy1, IMG_5068_copy1, IMG_5158_copy1, IMG_5164_copy1, IMG_5115_copy1, IMG_5130_copy1, IMG_5122_copy1, IMG_5139_copy1, IMG_5089_copy1, IMG_5110_copy1 (published May 19, 2012).

IMG_5366_copy1, IMG_5229_copy1, IMG_5277_copy1, IMG_5179_copy1, IMG_5183_copy1, IMG_5405_copy1, IMG_5443_copy1, IMG_5414_copy1, IMG_5283_copy1, IMG_5259_copy1, IMG_5558_copy1, IMG_5508_copy1, IMG_5516_copy1, IMG_5489_copy1, IMG_5503_copy1, IMG_5480_copy1, IMG_5453_copy1, IMG_5369_copy1, IMG_5358_copy1, IMG_5173_copy1, IMG_5304_copy1, IMG_5323_copy1, IMG_5325_copy1, IMG_5345_copy1, IMG_5359_copy1 (published May 21, 2012); IMG_5564_copy1, IMG_5613_copy1, IMG_5805_copy1, IMG_5780_copy1, IMG_5749_copy1, IMG_5733_copy1, IMG_5740_copy1, IMG_5745_copy1, IMG_5708_copy1, IMG_5726_copy1, IMG_5683_copy1, IMG_5695_copy1, IMG_5649_copy1, IMG_5664_copy1, IMG_5631_copy1, IMG_5598_copy1, IMG_5757_copy1 (published May 29, 2012); IMG_5914_copy1, IMG_5925_copy1, IMG_5940_copy1, IMG_5925_copy1-2, IMG_5919_copy1, IMG_5898_copy1, IMG_5896_copy1 (published June 02, 2012); IMG_5950_copy1, IMG_5985_copy1, IMG_5958_copy1, IMG_6001_copy1 (published June 04, 2012); IMG_5818_copy1, IMG_5836_copy1, IMG_5824_copy1, IMG_5872_copy1, IMG_5839_copy1, IMG_5851_copy1, IMG_5878_copy1, IMG_5881_copy1, IMG_5845_copy1, IMG_5815_copy1, IMG_5827_copy1, IMG_5833_copy1 (published June 05, 2012); IMG_6282_copy1, IMG_6470_copy1, IMG_6348_copy1, IMG_6513_copy1, IMG_6433_copy1, IMG_6540_copy1, IMG_6434_copy1, IMG_6430_copy1, IMG_6425_copy1, IMG_6375_copy1, IMG_6268_copy1, IMG_6566_copy1, IMG_6485_copy1, IMG_6495_copy1, IMG_6474_copy1, IMG_6271_copy1, IMG_6342_copy1, IMG_6585_copy1, IMG_6575_copy1, IMG_6555_copy1 (published June 11, 2012); IMG_7604_copy1, IMG_7591_copy1, IMG_7665_copy1, IMG_7653_copy1, IMG_7671_copy1, IMG_7631_copy1, IMG_7622_copy1 (published June 15, 2012); IMG_8462_copy1 (published June 20, 2012); IMG_8047_copy1 (published approx. June 20, 2012); IMG_9882_copy1, IMG_9584_copy2, IMG_9869_copy1, IMG_8795_copy1 (published approx. July 07, 2012); IMG_0212_copy1 (published July 14, 2012).

IMG_0187_copy1, IMG_0182_copy1, IMG_0206_copy1, IMG_0364_copy1, IMG_0379_copy1-2, IMG_0226_copy1, IMG_0410_copy1, IMG_0400_copy1, IMG_0430_copy1, IMG_0439_copy1 (published July 14, 2012); IMG_0753_copy1, IMG_0772_copy1, IMG_0761_copy1, IMG_0832_copy1, IMG_0774_copy1, IMG_0784_copy1-2, IMG_0791_copy1, IMG_0808_copy1-2, IMG_0797_copy1, IMG_0814_copy1 (published July 17, 2012); IMG_0880_copy1, IMG_0955_copy1, IMG_0934_copy1, IMG_0928_copy1-2, IMG_0931_copy1, IMG_0901_copy1, IMG_0892_copy1, IMG_0886_copy1, IMG_0874_copy1, IMG_0871_copy1 (published July 23, 2012); IMG_0958_copy1, IMG_0963_copy1, IMG_0969_copy1, IMG_0984_copy1, IMG_0987_copy1, IMG_1000_copy1, IMG_1008_copy1, IMG_1003_copy1, IMG_1024_copy1 (published July 27, 2012); IMG_1087_copy1, IMG_1098_copy1, IMG_1046_copy1, IMG_1051_copy1, IMG_1040_copy1, IMG_1061_copy1, IMG_1056_copy1, IMG_1075_copy1, IMG_1084_copy1, IMG_1104_copy1 (published July 30, 2012); IMG_1126_copy1, IMG_1150_copy1, IMG_1165_copy1, IMG_1169_copy1, IMG_1185_copy1, IMG_1179_copy1, IMG_1198_copy1, IMG_1203_copy1, IMG_2356, IMG_1155_copy1, IMG_1147_copy1 (published August 06, 2012); IMG_2247, IMG_2354, IMG_2319, IMG_2269, IMG_2286, IMG_2316, IMG_2323, IMG_2321 (published August 09, 2012); IMG_2395_copy1-2, IMG_2378_copy1, IMG_2383_copy1 (published August 11, 2012); IMG_2504_copy1, IMG_2498_copy1, IMG_2510_copy1-2 (published August 16, 2012); IMG_2598_copy1, IMG_2588_copy1, IMG_2654_copy1, IMG_2678_copy1, IMG_2724_copy1, IMG_2591_copy1, IMG_2603_copy1-2, IMG_2585_copy1, IMG_2633_copy1, IMG_2675_copy1, IMG_2627_copy1, IMG_2626_copy1, IMG_2621_copy1, IMG_2615_copy1, IMG_2612_copy1 (published August 20, 2012); IMG_2775_copy1, IMG_2809_copy1, IMG_2800_copy1-2, IMG_2790_copy1, IMG_2795_copy1, IMG_2785_copy1, IMG_2765_copy1-2, IMG_2755_copy1, IMG_2760_copy1, IMG_2745_copy1, IMG_2740_copy1-2, IMG_2729_copy1 (published August 24, 2012).

IMG_2956_copy1, IMG_2934_copy1, IMG_2920_copy1, IMG_2922_copy1-2, IMG_2946_copy1 (published August 27, 2012); IMG_3037_copy1 (published approx. August 27, 2012); IMG_3087_copy1, IMG_3090_copy1, IMG_3102_copy1, IMG_3099_copy1, IMG_3085_copy1, IMG_3078_copy1, IMG_3081_copy1 (published August 31, 2012); IMG_3401_copy1, IMG_3418_copy1, IMG_3431_copy1-2, IMG_3435_copy1, IMG_3445_copy1, IMG_3486_copy1, IMG_3460_copy1, IMG_3453_copy1, IMG_3426_copy1, IMG_3443_copy1, IMG_3421_copy1-2, IMG_3389_copy1, IMG_3490_copy1, IMG_3465_copy1 (published September 03, 2012); IMG_3195_copy1, IMG_3113_copy1, IMG_3206_copy1, IMG_3160_copy1, IMG_3174_copy1, IMG_3149_copy1-2, IMG_3167_copy1, IMG_3126_copy1, IMG_3188_copy1 (published September 05, 2012); IMG_3299_copy1, IMG_3230_copy1, IMG_3245_copy1, IMG_3248_copy1, IMG_3239_copy1, IMG_3233_copy1, IMG_3227_copy1, IMG_3224_copy1, IMG_3215_copy1, IMG_3218_copy1-2, IMG_3262_copy1-2, IMG_3283_copy1, IMG_3347_copy1, IMG_3360_copy1-2, IMG_3368_copy1, IMG_3221_copy1, IMG_3341_copy1, IMG_3377_copy1-2, IMG_3371_copy1, IMG_3356_copy1, IMG_3338_copy1, IMG_3326_copy1, IMG_3308_copy1, IMG_3302_copy1, IMG_3284_copy1 (published September 08, 2012); IMG_3510_copy1, IMG_3556_copy1-2, IMG_3547_copy1, IMG_3539_copy1, IMG_3534_copy1, IMG_3532_copy1, IMG_3520_copy1, IMG_3508_copy1, IMG_3515_copy1, IMG_3500_copy1, IMG_3496_copy1-2 (published September 10, 2012); IMG_3917_copy1, IMG_3905_copy1, IMG_3926_copy1, IMG_3923_copy1, IMG_3950_copy1, IMG_3962_copy1, IMG_3896_copy1, IMG_3902_copy1, IMG_3899_copy1, IMG_3989_copy1, IMG_3980_copy1-2, IMG_3977_copy1, IMG_3971_copy1, IMG_3965_copy1, IMG_3893_copy1, IMG_3890_copy1, IMG_3932_copy1, IMG_3935_copy1, IMG_3944_copy1 (published September 17, 2012);



IMG_3992_copy1, IMG_4007_copy1, IMG_4002_copy1, IMG_4039_copy1, IMG_4059_copy1, IMG_4064_copy1, IMG_4013_copy1, IMG_4024_copy1 (published September 18, 2012).

IMG_4019_copy1, IMG_4034_copy1, IMG_4045_copy1 (published September 18, 2012); IMG_4207_copy1 (published approx. September 18, 2012); IMG_4302_copy1, IMG_4243_copy1, IMG_4290_copy1-2, IMG_4231_copy1, IMG_4278_copy1, IMG_4257_copy1, IMG_4267_copy1, IMG_4251_copy1, IMG_4260_copy1, IMG_4306_copy1, IMG_4285_copy1, IMG_4056_copy1 (published September 22, 2012); IMG_4337_copy1 (published approx. September 22, 2012); IMG_4769_copy1, IMG_4605_copy1, IMG_4463_copy1, IMG_4505_copy1, IMG_4565_copy1, IMG_4838_copy1, IMG_4931_copy1, IMG_4908_copy1, IMG_4727_copy1, IMG_4787_copy1, IMG_4808_copy1, IMG_4577_copy1 (published approx. October 05, 2012); IMG_5302_copy1, IMG_5305_copy1, IMG_5299_copy1, IMG_5278_copy1, IMG_5260_copy1, IMG_5293_copy1, IMG_5269_copy1, IMG_5338_copy1, IMG_5329_copy1, IMG_5326_copy1, IMG_5314_copy1, IMG_5308_copy1 (published October 17, 2012); IMG_5518_copy1, IMG_5508_copy1-2, IMG_5527_copy1, IMG_5542_copy1, IMG_5512_copy1, IMG_5528_copy1, IMG_5538_copy1 (published October 28, 2012); IMG_6394_copy1, IMG_6404_copy1, IMG_6425_copy1-2, IMG_6419_copy1, IMG_6414_copy1, IMG_6409_copy1, IMG_6430_copy1-2, IMG_6475_copy1, IMG_6481_copy1, IMG_6470_copy1-2, IMG_6465_copy1, IMG_6464_copy1, IMG_6448_copy1, IMG_6440_copy1, IMG_6451_copy1, IMG_6435_copy1, IMG_6373_copy1, IMG_6399_copy1 (published November 26, 2012).

## Completion/Publication

Year of Completion: 2012
Date of 1st Publication: January 11, 2012
Nation of 1st Publication: United States

## Author

- Author: Eric Lee Bowers
  Author Created: photograph
  Work made for hire: No
  Citizen of: United States
  Domiciled in: United States
  Year Born: 1980

## Copyright Claimant

Copyright Claimant: Eric Lee Bowers
1851 South 31st Street, Apt. D, Kansas City, KS, 66106, United States

## Rights and Permissions

Name: Eric Lee Bowers
Email: eric@ericbowersphoto.com
Telephone: (816)289-9716

|                              |                                                         |
|-----------------------------:|---------------------------------------------------------|
| Address:                     | 1851 South 31st Street, Apt. D                          |
|                              | Kansas City, KS, 66106  United States                   |

## Certification

|                              |                    |
|-----------------------------:|--------------------|
| Name:                        | Joe G. Naylor      |
| Date:                        | July 31, 2015      |
| Applicant's Tracking Number: | USCO-00292         |

---

**Copyright Office notes:**  Regarding publication: range of publication from 1/11/2012 to 11/26/2012.








# ALAMO DRAFTHOUSE

Cold beer, hot movies, and delicious snacks and meals; The Alamo Drafthouse is dinner, drinks, movies and events, all under one roof. Our attention to detail in film presentation and programming has made us a second home to movie fans all over the planet and earned accolades from the more...

1400 Main Street   (816) 474-4545
@alamoKC   Facebook   Official Website

UPCOMING EVENTS   11 FOLLOWERS

## FEATURED

CANCELED & POSTPONED EVENTS DUE TO THE CORONA VIRUS

PHOTO GALLERY FROM PAST CONCERTS & EVENTS IN OUR METRO

## FEATURED VENUES

MAMMOTH

| 20 AUG | (POSTPONED) YOUNG DOLPH & KEY GLOCK 8:00PM |
| 24 AUG | BRANDY CLARK 8:00PM |
| 28 AUG | FATHER 8:00PM |
| 29 AUG | (CANCELED) BREAKING BENJAMIN, BUSH 5:00PM |

### LATEST FROM DO816
- Do816 presents: Dug.wav Livestream
- Juneteenth Events
- Da 5 Bloods hits Netflix, co-written by KU professor Kevin Willmott
- Tastemaker Playlist: June 2020
- Do816 presents: DJ Boatss Livestream

VIEW ALL

### WIN FREE TICKETS
01. Adam Ant: Friend or Foe
02. The Decemberists
03. Jason Isbell and the 400 Unit
04. (Canceled) Breaking Benjamin, Bush
05. Chicago

VIEW ALL GIVEAWAYS

### FEATURED STUFF
01. Giveaways
02. Top Events
03. Free Events
04. Just Announced
05. Happy Hours & Specials
06. Comedy Calendar
07. Livestream & Local
08. Coronavirus Cancelations
09. Kansas City Venues
10. Artists in Kansas City

### DO816 TASTEMAKERS
01. Aaron Rhodes
02. Patrick Sprehe
03. DJ Maxx Gruv
04. BILL PILE | DO816
05. Fally Afani

VIEW ALL TASTEMAKERS

### FIND US ON THE WEB
- Facebook
- Instagram
- Twitter

ADVERTISE WITH DO816   JOBS WITH DO816   ABOUT DO816   TERMS OF SERVICE   PRIVACY

© 2020 DO816 ALL RIGHTS RESERVED



